IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
Mar 27 2024
FILED
Clerk of Court

ORIGINAL-1983-COMPLAINT

Damien Shontell Hewlett

V.   Case No. 24cv377

Justin L. Thomsen, Brandon Fischer, ~~~~ Tanner Leopole, Logan Goehl, Bridgette Prosper, Unknown John Doe-CO, Unknown John Doe-CO, ~~~~ Yana Pusich, B. Kolb, Warden Randall Hepp

## (A) PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at Waupun Correctional Institution, ~~~~ 200 S. Madison St., P.O. Box 351, Waupun, WI, 53963.

2. Defendant's Justin Thomsen, Brandon Fischer, Tanner Leopole, Logan Goehl, Bridgette Prosper, ~~~~, John Doe-CO, and John Doe-CO, is citizens of Wisconsin, and i'm not aware as to what each seperate Defendant's address is, yet I know that these Defendant's were working for the Wisconsin Department of Correction's at Waupun Correctional Institution at the address of 200 S. Madison St., P.O. Box 351, Waupun, WI, 53963.

## (B) STATEMENT OF CLAIM

I'll now elaborate to the Court, verbatim, the informational chain of events which transpired that have given rise to the deprivation of my constitutional Right's

2

Pursuant First Amendment due to retaliatory OC-spraying for talking/complaining about staff, Pursuant the Eighth Amendment due to "Excessive Force," and Pursuant the Eighth Amendment due to "Failure to Intervene" or Failure To Protect, and also Pursuant the Eighth, Fourth, and Fourteenth Constitutional Amendment Rights that would govern my Rights within a truly demeening, retaliatory, unwarranted, sexual abusive, forced, strip-search scenerio. On the date of 11/5/2023, I was in the Restrictive Housing Unit in Waupun Correctional Institution, and was tethered to the door in the strip cage, was "not" hurting myself, was "no" threat to anyone else, and was actually respectful and cordial with staff through out this situation. I told staff that I was just going to sit in the strip cage, tethered to the door, because Lt-Thomsen was lying about me saying I was suicidal, and I felt that it was unwarranted to place me on OBS, due to a D.O.C-Employee lying! And so Lt-Thomsen had assembled a Suit-up team that consisted of Lt-Thomsen, Sergeant-Leopole, CO-Prosper, CO-Goehl, John Doe-CO, John Doe-CO, and Lt-Fischer was there on scene and present as well as the acting RHU-Supervisor. CO-Prosper was video documentation, and when she had began recording, I "did" let it be known verbally that I was "not" hurting myself, anyone else, and was willing to strip out, but first wanted to discuss how Lt-Thomsen was violating his Executive Directive #43 Work Rules by lying to place me on OBS, which is cruel and unusual punishment. And Lt-Thomsen must not have liked what I was saying, given it was on candid camera, and

3

Lt-Thomsen had sprayed me in my eyes and face with OC-spray, and caused me to have burning pains, for "no justifiable penological purpose", given that I told him that I was "willing" to strip out from the get go when the suit up team got to the strip cage. I knew that what Lt-Thomsen had just done was wrong! And so I had asked Lt-Thomsen why he had sprayed me, and also told him that what he had just done was excessive force and violated Governor Tony Evers' "Executive Order #111". Lt-Thomsen must not have liked what I was saying, for he had sprayed me a "second" time, "unjustifiably" for "no penological purpose", with "oc-spray", for simply voicing that what he did was wrong. When I was sprayed the second time I was already "incapacitated" from the "first" use of oc-spray, tethered to the strip cage, talking cordially with Doc staff, was "non-aggressive", and "no threat" to nobody, and "could'nt" see due to the oc-spray. They "could" have opened the strip cage after the first blast of oc-spray! When this happened I had crouched down, while "still tethered" to strip cell door to show staff that I was "no" threat at all! When staff did open strip cell door, I put up "no" fight at all, and was on my knees, tethered to the strip cage. I had already got bad left knee, and back issues, so I "needed help" to my feet

4

from staff, and I was disoriented as well from the oc-spray, and instead of getting helped to my feet by these Defendants, I was "tased" in my "back" by Lt-~~Thomsen~~. Although I was blinded by the oc-spray, I know that it was Lt-Thomsen who tased me, because I "heard" him say something that "sounded" sorta like "you can stand up", right before I was "tased" in my back, while I was "already incapacitated" from "two blasts" of "oc-spray", a bit "disoriented, and "tethered" to strip cage already with "unknown" co's holding me against strip cage door, for "again" I "could'nt see", only "feel" and "hear" my sorroundings. Being "tased" had caused a "bolt" of "pain" to shoot throughout my body, and I guess that's how people feel when they get "tortured" by electric shock therapy. I had finally got staff help up to my feet, and I had slipped in the mucus and spittle that I was caughing up from the oc-spray. Since I could'nt see due to the oc-spray, i'm not sure who was actually walking me to my "next area of their choice, but I know that I "could" not see" from the oc-spray, and staff tried to walk me down some stairs, and I ended up falling and hitting my back on the stairs pretty hard, for my body and muscles felt like jello too after being tased. These unknown co's got me back up, and rest a way down the stairs. I "heard" water running and so I

\# 5

"thought" I was going to get to take a shower to get the oc-spray off of me, "but" all staff did was place my head "in and out" of running shower, for seconds at a time, while I was handcuffed and controlled by two unknown CO's. I could hear Lt-Thomsen saying something to the other staff present, but did'nt catch what was all said for water got in my ear's. But he was present, and I voiced to staff, and pleaded for them to let me wash the oc-spray off with soap, because it was still on me burning and hurting me; and I have hair past my shoulders so oc-spray was all in my hair too; and the water only intensified the oc-spray. And staff did not let me wash the oc-spray off me, knowing it was burning and hurting me, even after I told them that it violates DOC Policy and was cruel and unusual punishment to not let me shower and get the oc-spray off of me. I was then brung back upstairs and directed back to the strip cage area, tethered to the door again, and directed to my knee's by unknown CO's, for I still could'nt see. I had been through this routine before, and so I told Lt-Thomsen and other present staff that I was willing to strip out for the second time, but I heard Lt-Thomsen say they were going to do a "Staff Assisted Strip Search", and I knew

6

that a <u>female</u> co-Prosper was doing the video documentation, and so I voiced that I wanted her to leave the area for it violated my PREA RIGHT'S, and nobody made her leave. And since I could not see still from oc-spray, I do not know which co's were forcefully holding me down on my knees, as I was cuffed behind my back, as a co forcefully cut my clothes off of my body, fondled my penis and groped my buttock's, all infront of a female co. And this was "<u>not</u>" an emergency situation, and they "<u>did'nt</u>" have to do that to me, for I told them I was "<u>willing</u>" to strip "<u>twice</u>" in this scenerio. And Lt-Fisher was the RHU-Supervisor and did "<u>not</u>" intervene, and "<u>allowed</u>" for Lt-Thomsen to use unjustifiable amount's of force, and conduct a unwarranted strip search that is in direct violation of their own DOC 306.17- Search of Inmates Policy. I'm no lawyer and so this complaint shall be held to less stringent standard's. I have exhausted all administrative remedies through the ICRS before filing this complaint. And have moved Pursuant DAI 306.00.01(x)(c)(d) to have the "handheld video camera footage" that co-Prosper was recording this incident with, RHU Security camera footage, and Defendant's involved body worn camera footage, to be Preserved on date 11-22-23 via Lte-J. Muenchow.

7

And I'm suing under My Eighth Amendment Constitutional Rights for Excessive Force, Failure to Intervene, Failure to Protect, and Deliberate Indifference. As well as any other Constitutional Rights that would have been violated from Defendant's unjustified strip search of my person. And I would ask that this court also hold jurisdiction over the state of WI-Notice of Injury And Claim Pursuant to Wis. Stat. Section 893.82 of which I have filed to the Attorney General via certified mail on the date of 1-28-24, given circumstances.

(C) JURISDICTION

X. I'm suing for a violation of Federal Law under 28 U.S.C. § 1331.

D. RELIEF WANTED

I'm seeking from "each" defendant, ~~seperately~~ a $1,000,000.00 in compensatory damages, $1,000,000.00 in punitive damages, $1,000,000.00 in monetary damages, and $1,000,000.00 in pain and suffering damages. And i'll also ask for $500,000.00 from "each" defendant on the seperate 893.82 State of Wisconsin Notice of Injury and Claim that I filed.

8

(E) <u>YES - I DO</u> want a jury to hear my case.

- I declare under the penalty of perjury that the fogegoing is true and correct, Pursuant 28 U.S.C. 1746.

Complaint signed this 26 day of March 2024.
Respectfully Submitted By,
Damien Shontell Hewlett
DOC #559455
200 S. Madison St.
P.O. Box 351
Waupun, WI, 53963

- REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE
X I DO NOT Request this, and will pay the full filing fee in the future.