UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAMIEN SHONTELL HEWLETT,

    Plaintiff,

v.    Case No. 24-C-377

JUSTIN L. THOMSEN, BRANDON FISCHER,
TANNER LEOPOLE, LOGAN GOEHL,
BRIDGETTE PROSPER, JOHN DOES,

    Defendants.

## ORDER RE CLARIFICATION

In response to Defendants' motion for clarification, the court notes that the Screening Order merely suggested that, in the event the video clearly established the facts of case, Defendants need not wait until the end of discovery to move for summary judgment. This suggestion was not intended to, nor does it, establish any particular schedule.

Now that Defendants have filed an Answer to the complaint, the Clerk will enter the typical Scheduling Order for pro se prisoners.

Dated at Green Bay, Wisconsin this 28th day of June, 2024.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge