IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

Case Name: **Damien Hewlett v. Justin Thomsen et al.,**
Case No. **24C0377**

    I hereby certify that on August 9, 2024, I electronically filed the following with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- **DEFENDANTS MOTION IN SUPPORT OF PARTIAL SUMMARY JUDGMENT BASED ON EXHAUSTION GROUNDS**
- **DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON EXHAUSTION GROUNDS**
- **DEFENDANTS' PROPOSED FINDINGS OF FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION GROUNDS**
- **DECLARATION OF BRIAN KOLB**
    - **EXHIBIT 1000 - THOMSEN INCIDENT REPORT**
    - **EXHIBIT 1001 - FISHER INCIDENT REPORT**
    - **EXHIBIT 1002 - WCI-2023-17330**

    I further certify that I have directed the unit mail individual to mail the foregoing document(s) by First- Class Mail to the following non-CM/ECF participants:

Damien S. Hewlett #559455
Waupun Correctional Institution
Post Office Box 351
Waupun, WI 53963

                                          <u>s/ Samantha Via</u>
                                          Samantha Via
                                          Paralegal