IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DAMIEN HEWLETT,

    Plaintiff,

v.                       Case No. 24CV0377

JUSTIN THOMSEN, BRANDON FISCHER,
TANNER LEOPOLD, LOGAN GOEHL,
AND BRIDGETT PROSPER,

    Defendants.

## DEFENDANTS' PROPOSED FINDINGS OF FACT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION GROUNDS

Defendants, by and through undersigned counsel, hereby submit their proposed findings of fact in support of their Motion for Summary Judgment on Exhaustion Grounds, as follows:

1. Damien Hewlett (DOC#559455) is currently incarcerated at Waupun Correctional Institution (Waupun). (Dkt. 1 ¶ 1; Dkt. 20 ¶ 1.)

2. Defendants Justin Thomsen, Brandon Fisher, Tanner Leopold, Logan Goehl and Bridgett Prosper, worked for the Department of Corrections at Waupun at all times relevant to the above-captioned lawsuit. (Dkt. 1 ¶ 2; Dkt. 20 ¶ 2.)

3. On November 5, 2023, Hewlett was placed in observation status by Dr. Meidema in the Psychological Services Unit (PSU) for stating that he was suicidal and homicidal. (Kolb Decl. ¶ 5 Ex. 1000, at 2.)

4. Prior to being placed in observation within the Restricted Housing Unit (RHU), inmates are subject to being strip searched. (Kolb Decl. ¶ 6; Wis. Admin. Code § DOC 306.17(2)(c)2.)

5. Hewlett refused to comply with the strip search and was therefore subjected to a staff-assisted strip search. (Kolb Decl. Ex. 1000, at 2.)

6. A team consisting of Lieutenant Thomsen, Sergeant Leopold, Correctional Officer Bah, Correctional Officer II Goehl, Correctional Officer Zuhlke, and Correctional Officer Prosper on camera was assembled to conduct the staff-assisted strip search. (Kolb Decl. Ex. 1000, at 2.)

7. During the cell extraction, Hewlett's continued non-compliance resulted in Lieutenant Thomsen using OC spray and a taser to gain compliance. (Kolb Decl. Ex. 1000, at 2.)

8. Hewlett was subsequently given a decontamination shower, strip searched, and evaluated by a Health Services Unit nurse before being placed in observation. (Kolb Decl. Ex. 1000, at 2-3.)

9. Lieutenant Brandon Fisher arrived in the RHU after the strip search was completed to conduct observation rounds, and Hewlett was already placed in an observation cell by that time. (Kolb Decl. ¶ 7 Ex. 1001, at 1-2.)

10. Lieutenant Fisher noted in his report that inmate Hewlett had been placed in observation status within the last half hour. (Kolb Decl. Ex. 1001, at 2.)

11. According to the report, Lieutenant Thomsen had concluded the cell extraction and placement of Hewlett at 5:30 p.m. (Kolb Decl. Ex. 1001, at 2.)

12. Lieutenant Fisher arrived in RHU at approximately 5:35 p.m. and began conducting observation checks. (Kolb Decl. Ex. 1001, at 2.)

13. On November 20, 2023, Hewlett filed inmate complaint WCI-2023-17330 asserting that Lieutenant Justin Thomsen had used excessive force in conducting the strip search. (Kolb Decl. ¶ 8 Ex. 1002, at 11, 13.)

14. Hewlett did not file any inmate complaint stating that he did not receive a proper decontamination shower. (Kolb Decl. ¶ 10.)

15. Hewlett did not file any inmate complaint against Lieutenant Fisher for failure to intervene during the strip search. (Kolb Decl. ¶ 9.)

16. In WCI-2023-17330, Hewlett did not state that the supervisor was present and failed to intervene. (Kolb Decl. Ex. 1002, at 11, 13.)

17. WCI-2023-17330 was dismissed after Institution Complaint Examiner viewed the video footage, found no evidence of excessive force, and determined that Hewlett had refused to comply with staff directives and staff used the least force necessary to gain compliance. (Kolb Decl. Ex. 1003, at 2-4, 6-7.)

Dated August 9, 2024.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Mmeli Obi
MMELI OBI
Assistant Attorney General
State Bar #1121108

BRANDON T. FLUGAUR
Assistant Attorney General

State Bar #1074305

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1080 (Obi)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
obim@doj.state.wi.us
flugaurbt@doj.state.wi.us