UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DAMIEN HEWLETT,

          Plaintiff,

                              Case No. 24-cv-0377

    v.

JUSTIN THOMSEN, *et al.*,

          Defendants.

_____

## STIPULATED REQUEST TO AMEND SCHEDULING ORDER

The parties submit this stipulated request to amend the current Scheduling Order (DKT #23) to the following:

The parties shall complete discovery by May 9, 2025.

All dispositive motions shall be due by June 9, 2025.

Dated in Milwaukee, Wisconsin this 4th day of February 2025.

MOTLEY LEGAL SERVICES            STATE OF WIS. DEPT. OF JUSTICE

s:/ Kimberley Cy. Motley               s:/ Mmeli Obi
Kimberley Cy. Motley                  Mmeli Obi
Wisconsin State Bar No.: 1047193    Assistant Attorney General
Telephone: (704) 763-5413           Division of Legal Service, Civil Litigation
Email: kmotley@motleylegal.com     17 West Main Street
Attorney for Plaintiff Damien Hewlett   Madison, WI 53707
                                           Telephone : (608) 266-0180
                                           obim@doj.state.wi.us
                                           Attorney for Defendants