IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Damien S. Hewlett
V.                                    24-CV-377
Justin Thomsen Et. Al.

PLAINTIFF'S HUMBLE AND RESPECTFUL REQUEST TO THE COURT FOR PERMISSION TO HAVE RESPECTED COUNSELOR Kimberley Motley ENGAGE DEFENDANTS COUNSEL IN POTENTIAL SETTLEMENT TALKS OR THE POTENTIAL FOR A FUTURE GLOBAL SETTLEMENT OR MEDIATION CONFERENCE

Your Honor,

Although, I am represented by a great lawyer, Ms. Motley, I felt it only respectful, that I go to the court to request your permission here, before I choose to ask my lawyer to engage in any demand offer! At this point, conclusive video footage does exist, DOC-1960 Facility use of Force Report is in my favor and even stipulates that force used by defendant Thomsen on 11/5/23, was NOT objectionably reasonable under the circumstances, and the FACTS that each defendant's own incident reports are falsified in contradiction of the video and DOC-1960 Report, there is no reason, to further delay resolution of this case. Resolution would be only appropriate, and would save all involved parties on their resources, energy, time, and finances. It would only be a wasteful

aspect, to continue on with further discovery, dispositive motions, and any other future motions or court dates. Defendant's counsel had previously received a settlement demand letter from me, before I was represented by counsel. Now that offer is clearly not valid, for I have counsel. I've made my intentions clear to the Court, Defendant's Counsel, and my Respected Counsel - Kimberley Motley, that i'd like to push this case towards early settlement if possible! If not, i'm ready to engage at trial, and have the opportunity to face my wrong-doers, who had victimized me. I ask the court again, to please grant permission for both sides to engage into settlement negotiations. I thank all the involved parties, for their time today.

Respectfully Submitted By,
Damien S. Hewlett
Date: April 23, 2025