DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-0643 (Rev. 8/2022)
WISCONSIN

# INTERVIEW/INFORMATION REQUEST
## SOLICITUD PARA INFORMACION / ENTREVISTA

"Carbon Copied"

**Instruction to Inmate:** Do not use this form to contact health staff. Use a Health, Dental or Psychological Service Request.
*Instrucciones para Reclusos: No utilice este formulario para comunicarse con el personal de cuidados de salud. Utilice una solicitud de servicio de cuidados de salud, dentales o psicológicos.*

| OFFENDER NAME / NOMBRE DEL/LA OFENSOR(A) | DOC NUMBER / NUMERO DEL/LA OFENSOR(A) | LIVING UNIT / UNIDAD DE VIVIENDA |
|---|---|---|
| Damien Hewlett | 559455 | SCH-H-114 |

| DATE / FECHA | WORK ASSIGNMENT / ASIGNACION DE TRABAJO |
|---|---|
| 4-23-2025 | IN |

RECEIVED APR 24 2025 By

[ ] Interview *Entrevista*  [X] Information *Informacion*

**STATE REASON FOR INTERVIEW OR SPECIFY INFORMATION REQUESTED**
*INDIQUE LA RAZON PARA LA ENTREVISTA O ESPECIFIQUE LA INFORMACION QUE SOLICITA*

Please e-file this 2-paged motion to the USDC-ED-WI, on my behalf, for case Hewlett v. Thomsen Et. al. #24-CV-377. It's greatly appreciated, and I thank you.

---

**(Do Not Write Below This Line)** *(No Escriba Debajo Esta Linea)*
**DISPOSITION OF REQUEST** *DISPOSICION DE LA SOLICITUD*

[ ] You Will Be Interviewed / *Usted sera entrevistado*
[ ] Information to Follow / *Informacion Sera Proveida*
[ ] Request Referred To: / *Solicitud Refereida A:*

Date / Fecha: _____  Time / Hora: _____

Information/Comment: / *Informacion/Comentario:*

Signed *Firmado*    Department *Departamento*

TO:
A: Damien Hewlett
NUMBER:
NUMERO: 559455
UNIT:
UNIDAD de VIVIENDA: SCH-H-44
DATE:
FECHA: 4-23-25

---

FOLD *DOBLE*

**DESCARGO DE RESPONSABILIDAD (Disclaimer)**

Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido sera la versión en inglés.

This document contains translations of the English-language on this document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be related English-language on this document.

*[signature]*

---

FOLD *DOBLE*

**DEPARTMENT OF CORRECTIONS**        **WISCONSIN**
Division of Adult Institutions
DOC-0643 (Rev. 4/2015)

## INTERVIEW/INFORMATION REQUEST
### *SOLICITUD POR INFORMACION/ENTREVISTA*

TO:
A: Library
DEPARTMENT:
DEPARTAMENTO: Library
DATE:
FECHA: 4-23-25

For Confidentiality Use Either Staple/Scotch Tape or an Envelope
*Por Confidencialidad Engranpe o use Cinta Scotch o un Sobre*