Damien Shontell Hewlett
V.                                    24-CV-377
Justin Thomsen et. al.

## LETTER TO THE COURT'S IN REGARDS TO THE ATTORNEY KIMBERLEY M. MOTLEY AND HER REPRESENTATION OF ME ON THIS MATTER

Honorable Griesbach,

Today, I, Mr. Hewlett, humbly come to the court to notify all involved parties that Ms. Motley and I had spoken via a attorney call at approximately 9:00am to 9:45 am on todays date of 4-30-2025, and Ms. Motley notified me that she would <u>no</u> longer be representing me in this matter, based upon disagreements amongst us, in reference to the main issue of her's being that I had filed with this court the document number <u>76</u> on the docket. And truth be told, Ms. Motley is a great attorney, but she feel's that by me filing the aforementioned document number <u>76</u>, that it made her and I appear weak and flimsy to the Defendant's respected counsel, as <u>if</u> our defense is desperate here, and has chosen that she no longer wishes to represent me any longer, and that is her decision, to which I respect in it's entirety. Yet I beg to differ on

her belief that it makes my case appear weak, flimsy, and or desperate! For the <u>facts</u> speak for their self, and <u>this case is very strong</u>. She had notified me that Defendant's counsel <u>may potentially</u> view me as a PIOC whom only files lawsuits as a hustle, based on how many lawsuits I have filed. And therefore, <u>if this is the way</u> i'm being viewed by WI D.O.J, than I genuinely feel the <u>need</u> to clear the air, and set the record straight. The <u>law</u> is set in place for a reason, and that is so that order can exist, without chaos running freely. I'm a PIOC, housed in W.C.I, of which is one of the <u>worst prisons</u> in this state, and have had to <u>learn to be a civilized person</u>, and use the laws and rules as they stand. Rules are in place for citizen's, D.O.C-Employee's, and PIOC's, and we should all respect these rules. Yet, in the D.O.C, it's a double type of standard, where D.O.C-staff rarely follow the rules, yet enforce rules on PIOC's abundantly, and alot of the time violate the law, and mine and other PIOC's Constitutional Right's. And so I have made a <u>conscious choice</u> to <u>not</u> engage D.O.C-employee's with aggression <u>nor</u> physical combat, and have learned to put a pen to paper to fight back against the individual's whom make the <u>conscious choice to break the law</u>, and violate my Right's. And so, the only thing i'm guilty of, is exerting my Constitutional

Right's by law, of which i'm entitled to do. All the D.O.C. Employee's I have sued in this matter, and other's have free will, and the human trait of decision making! These people choose to do the things that they did, and I have chosen to exert my rights. Through out my journey of being an incarcerated Man, I have evolved, matured, and fallen in love with the law that does govern our great Nation of the U.S.A.! It's to a point, that i'm now compassionate about the laws and our legal system, and have the intentions to wrap up all the case's that I have compiled right now, so I can then focus my attention on obtaining my Paralegal Degree through the correspondence course that is available to me through Blackstone Institute. I look to people like Judge Mathis, and attorney Jarrett Adams, of whom both had criminal conviction's, were incarcerated, and now work with the Judicial System, as my inspiration! My goal's will be achieved, and i'm sure we will all look back on this stage of my life. I just wanted the Court's, and Defendant's counsel to know that for me, this is more than money, this is my career choice upon release from incarceration. This is my life now, and my future tomorrow. And therefore, I accept every challenge, and grown to appreciate my win's and losse's, for even when I have lost, to me

it's not really a loss, given I have learned more of the law's that govern us, and so I've won the award of knowledge. And knowledge in the right hands is a very powerful thing, yet knowledge in hands of a fool is nothing. And my Mother raised no fool, as i'm sure we can all concur. I just don't want to be viewed, based upon false preconceptions, and so I had to let all involved here know where i'm at, and what i'm striving for. I'd also like to personally thank Attorney Kimberley Motley, Honorable Griesbach, and any A.A.G's of whom i've had the pleasure to engage with in litigation over the years. For through my journey, you've all collectively taken part in teaching me the law in one aspect or another through out my trials and tribulations. And I humbly, and genuinely appreciate all the lessons. Thank you all for your time today.

PS - It is my hope that either Loevy And Loevy Lawfirm, Jeff Scott Olsen, or Nathaniel Cade would take my case on after Ms. Motley contacts them to ask if they are interested in my case, as her and I had discussed today.

Respectfully Submitted By,
Damien S. Hewlett
Date: April 30, 2025